IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PAUL CASTONGUAY, | ) | 8:09CV413 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| JEFFREY NEWTON, Director, | ) | |
| EARNEST BLACK, Sgt., MARK | ) | |
| FOXALL, Associate Director, and | ) | |
| UNKNOWN DEFENDANTS, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the courts own motion. The Final Pretrial Conference in this matter, scheduled for March 31, 2011, is canceled. A separate progression order resetting the dates for the Final Pretrial Conference, and all associated deadlines, may be entered after the court resolves the pending Motion for Summary Judgment.

IT IS THEREFORE ORDERED that:

1. The Clerk of the Court is directed to cancel the Final Pretrial Conference in this matter that is currently scheduled for March 31, 2011. A separate progression order resetting the dates for the Final Pretrial Conference, and all associated deadlines, may be entered after the court resolves the pending Motion for Summary Judgment.

2. Defendants' Motion for Enlargement of Time (filing no. 69) is denied as moot.

DATED this 11th day of February, 2011.

           BY THE COURT:

           *Richard G. Kopf*
           United States District Judge
           Supervising Pro Se Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.