IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PAUL CASTONGUAY, | ) | CASE NO. 8:09CV413 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | MEMORANDUM |
| | ) | AND ORDER |
| JEFFREY NEWTON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the Defendants' Motion to Substitute Counsel. (Filing No. 144.)  In the Motion, Sandra K. Connolly moves the court to accept her appearance as substitute counsel and permit original counsel, Pamela J. Dahlquist, to withdraw.  Because the record shows that Defendants will continue to be represented by Connolly, the Motion to Substitute Counsel is granted.

IT IS THEREFORE ORDERED that the Motion to Substitute Counsel (filing no. 144) is granted.  Sandra K Connolly's appearance is accepted.  The Clerk is directed to terminate the appearance of Pamela J. Dahlquist as counsel for Defendants and shall stop further electronic notices to Ms. Dahlquist in this matter.

DATED this 24th day of October, 2011.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites.  The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the court has no agreements with any of these third parties or their Web sites.  The court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.