# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PAUL CASTONGUAY,              ) | CASE NO. 8:09CV413 |
|                 Plaintiff,          ) | |
| v.                                                    ) | MEMORANDUM |
|                                                          ) | AND ORDER |
| JEFFREY NEWTON, et al.,        ) | |
|                 Defendants.    ) | |

This matter is before the court on Plaintiff's Motion for Leave to Appeal In Forma Pauperis ("IFP"). (Filing No. 157.) For the reasons discussed below, the Motion is denied.

On February 10, 2012, the court dismissed Plaintiff's Complaint and entered Judgment against him. (Filing Nos. 154 and 155.) Thereafter, Plaintiff filed a Notice of Appeal (Filing No. 156) and a Motion for Leave to Appeal IFP (Filing No. 157).

Under the provisions of 28 U.S.C. §1915(g), ("§ 1915(g)"), a prisoner may not proceed in forma pauperis in a civil action, or appeal a judgment in a civil action, if the prisoner has, on three or more occasions, while incarcerated, brought an action or appeal in federal court that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted. § 1915(g). An exception is made for prisoners who are under imminent danger of serious physical injury. *Id*. The court has determined that Plaintiff brought three cases,[1] while incarcerated, that were dismissed because they failed to state a claim upon which relief could be granted.[2]

---

[1] *Castonguay v. Douglas County Attorney Office*, No. 8:09CV392 (D. Neb.), dismissed on April 9, 2010. (Case No. 8:09CV392, Filing Nos. 11 and 12.) *Castonguay v. Douglas County Correction Center*, No. 8:09CV225 (D. Neb.), dismissed on November 3, 2009. (Case No. 8:09CV225, Filing Nos. 14 and 15.) *Castonguay v. State of Nebraska*, No. 8:09CV221 (D. Neb.), dismissed on November 3, 2009. (Case No. 8:09CV221, Filing Nos. 15 and 16.)

[2] The court takes judicial notice of the fact that Plaintiff has previously been informed of § 1915(g)'s requirements. (*See* Case No. 4:10CV3207, Filing No. 20.)

Plaintiff has not shown that these cases state a claim upon which relief may be granted, nor has he shown that he faces any danger of physical injury. Thus, Plaintiff is not entitled to proceed IFP on appeal. Moreover, Plaintiff has not paid the $455.00 filing fee, and his appeal cannot be processed.

IT IS THEREFORE ORDERED that:

1. Plaintiff's Motion for Leave to Appeal IFP (Filing No. 157) is denied. The Clerk of the court shall not process the appeal to the Eighth Circuit; and

2. The Clerk of the court is directed to forward a copy of this Memorandum and Order to the Eighth Circuit Court of Appeals.

DATED this 2nd day of March, 2012.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.