# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **PAUL CASTONGUAY,** | CASE NO. 8:09CV413 |
| Plaintiff, | |
| v. | ORDER |
| **JEFFREY NEWTON, et al.,** | |
| Defendants. | |

This matter is before the court on Plaintiff's Motion for Leave to Proceed In Forma Pauperis ("IFP"). (Filing No. 179.) Plaintiff has already appealed this matter and the Eighth Circuit Court of Appeals has entered the formal mandate. (*See* Filing Nos. 157, 161, 165, 166, 169, 171, 172 and 174.) Accordingly,

IT IS THEREFORE ORDERED that Plaintiff's IFP Motion (Filing No. 179) is denied as moot.

DATED this 13th day of August, 2012.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge

---

\*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.